FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, as Liquidator of the STANDARD AUTOMOBILE MUTUAL CASUALTY COMPANY, Respondent, v. MICHAEL F. BREEN, Appellant.— Order affirmed. All concur,

except Hill, J., who dissents and votes for reversal of the order and the granting of motion to dismiss the complaint upon the ground that nearly six years elapsed after the time when issue was joined in the action before notice of trial, without proper excuse for the delay.